

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DIST. COURT
SAVANNAH DIV.

2007 JUN -8 A 9: 59

CLERK
SO. DIST. OF GA.

| | | |
|---|---|---|
| MICHAEL HALL, | : | |
| Plaintiff | : | |
| vs. | : | Civil Action No: 4:2006-CV-00218 |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, | : | |
| Defendant. | : | |

### CONSENT ORDER FOR REVISED SCHEDULING ORDER

COMES NOW the parties through counsel and respectfully consent and request that a revised Scheduling Order be issues modifying the case deadlines be modified, showing the Court as follows:

1.

Defendant removed this case to this Court on September 1, 2006 and thereafter commenced written discovery.

2.

No discovery extensions have been requested to date.

3.

During the initial stages of discovery in this case the parties counsel learned that Plaintiff had a pending bankruptcy. As such, counsel informally ceased discovery. The parties reported this to this Court as part of the Court

mandated Joint Status report and asked that case deadlines be extended because of this development.

4.

Thereafter, on December 29, 2006, Plaintiff's counsel moved the Bankruptcy Court for appointment to pursue the pending case. The Bankruptcy Court granted Plaintiff's Motion on January 3, 2007.

5.

Since the Bankruptcy Order, the parties have conducted the following depositions:

    (a)    Karen Mallory, Liberty Mutual

    (b)    Reginald Lovelace, Liberty Mutual

    (c)    William Arthur, Liberty Mutual

    (d)    Michael Hall, Plaintiff

    (e)    Elaine Pugh, Plaintiff's wife

    (f)    Babette Cohen, one of Plaintiff's experts (New York)

6.

Presently the parties are working to schedule approximately five (5) depositions, these include:

    (a)    Plaintiff's daughter

(b) Plaintiff's niece who resides in Florida

(c) Plaintiff's building expert

(d) Defendant's building expert

(e) Defendant's 30(b)(6) deposition

7.

Based on the foregoing, the parties respectfully request that the case deadlines be modified as follows:

| | |
|---|---|
| **CLOSE OF DISCOVERY** | 08/31/2007 |
| **LAST DAY FOR FILING CIVIL MOTIONS EXCLUDING MOTIONS IN LIMINE** | 10/01/2007 |

Consented to and Respectfully submitted this 4TH day of June, 2007.

*[signatures on following page]*

*[Signature]*
William G. Maston
Georgia Bar No. 476305
*Attorney for Plaintiff*
William G. Maston, P.C.
116 East Gaston Street
Savannah, GA 31401-5604
Telephone: (912) 238-4489
Fax: (912) 238-0356

*[Signature]*
Peter H. Schmidt, II
Georgia Bar No. 629512
*Attorney for Defendant*
TAYLOR, ODACHOWSKI, SPERRY
 & CROSSLAND, LLC
300 Oak Street, Suite 200
St. Simons Island, Georgia 31522
Phone: (912) 634-0955
Fax: (912) 638-9739

## ORDER

This matter having come before this Court, it is so ORDERED that a revised scheduling Order be issued consistent with the foregoing deadlines.

This 11th day of June, 2007.

*[Signature]*
G.R. Smith
United States ~~District~~ Judge
Magistrate

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MICHAEL HALL, :
:
      Plaintiff, :
:
vs. : Civil Action No: 4:2006-CV-00218
:
LIBERTY MUTUAL FIRE :
INSURANCE COMPANY, :
:
      Defendant. :

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for plaintiff in the foregoing matter with a true and correct copy of the **Consent Order for Revised Scheduling Order** by addressing a true and correct copy of same to:

>William G. Maston, P.C.
>116 East Gaston Street
>Savannah, Georgia 31401-5604

and placing the same in the United States Mail with sufficient postage affixed thereon to assure delivery.

*SIGNATURE ON NEXT PAGE*

Respectfully submitted, this 7th day of June, 2007.

By express permission and consent:

*[signature]*

PETER H. SCHMIDT II
Georgia State Bar No: 629512
*Attorney for Defendant*

TAYLOR, ODACHOWSKI, SPERRY
   & CROSSLAND, LLC
300 Oak Street, Suite 200
St. Simons Island, Georgia 31522
Phone: (912) 634-0955
Fax: (912) 638-9739